IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANDREA EGGLESTON MAYO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  1:17-CV-333-WKW |
| | ) | [WO] |
| SAMANTHA ALEXIS MAYO, | ) | |
| KATHY AUSLEY, DOMBY | ) | |
| LEVON AUSLEY, LARRY K. | ) | |
| ANDERSON, TERRY KEY, | ) | |
| PETER MCINNISH, BOBBY | ) | |
| GENE TRUITT, STEVE | ) | |
| PARRISH, CASEY BECK, | ) | |
| MAURICE ALFONSO | ) | |
| EGGLESTON, and KALIA | ) | |
| LANE, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 10), to which Plaintiff Andrea Eggleston Mayo has filed objections (Doc. # 11).  The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made.  *See* 28 U.S.C. § 636(b).

In her objection, Ms. Mayo argues the merits of her case, claiming that she is entitled to relief.  In so doing, she misses the thrust of the Recommendation: that her case is due to be dismissed for lack of subject-matter jurisdiction.  Rather, because

the state-court action had already been dismissed prior to the attempted removal, the Magistrate Judge properly recommended dismissal without prejudice.

Accordingly, it is ORDERED as follows:

1. Plaintiff Andrea Eggleston Mayo's objection (Doc. # 11) is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 10) is ADOPTED; and

3. This case is DISMISSED without prejudice for lack of subject-matter jurisdiction.

A final judgment will be entered separately.

DONE this 24th day of July, 2017.

                                         /s/ W. Keith Watkins
                               CHIEF UNITED STATES DISTRICT JUDGE